**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLATWORLD INTERACTIVES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>    Defendants. | C.A. No. 12-804-LPS |
| FLATWORLD INTERACTIVES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., *et al.*,<br><br>    Defendants. | C.A. No. 12-964-LPS |

**DECLARATION OF JOHN HANDY IN SUPPORT OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 112(a)**

I, John Handy, hereby declare as follows:

1. I am an attorney at law duly licensed to practice law in the States of New York and New Jersey, and am an attorney with the law firm of Greenberg Traurig, LLP, attorneys of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in case no. 1:12-cv-00804-LPS, and make this declaration in support of Samsung, LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics Mobilecomm U.S.A., Inc.'s (collectively, "Defendants") Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 112(a). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify to these facts.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. RE43,318 (the "'318 patent" or "patent-in-suit").

3. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 6,920,619 (the "'619 patent).

4. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent Application No. 09/096,950, filed on June 12, 1998, which issued as the '619 patent.

5. Attached hereto as Exhibit D is a true and correct copy of the April 9, 2001, Response to First Office Action filed during prosecution of the '619 patent.

6. Attached hereto as Exhibit E is a true and correct copy of the October 3, 2002, Non-Final Office Action filed during prosecution of the '619 patent.

7. Attached hereto as Exhibit F is a true and correct copy of the March 12, 2003, Final Office Action filed during prosecution of the '619 patent.

8. Attached hereto as Exhibit G is a true and correct copy of U.S. Patent No. 5,463,725 to Henckel et al.

9. Attached hereto as Exhibit H is a true and correct copy of the March 21, 2003, Response to Final Office Action filed during prosecution of the '619 patent.

10. Attached hereto as Exhibit I is a true and correct copy of the March 22, 2004, Amendment After Final Rejection filed during prosecution of the '619 patent.

11. Attached hereto as Exhibit J is a true and correct copy of the March 8, 2005, Notice of Allowability filed during prosecution of the '619 patent.

     I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED:  October 21, 2013

                                                                John Handy

1127148/39350

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 21, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 21, 2013, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Joseph J. Farnan, Jr. | Steve W. Berman |
| Brian E. Farnan | Mark S. Carlson |
| Farnan LLP | Tyler S. Weaver |
| 919 N. Market Street, 12th Floor | Hagens Berman Sobol Shapiro LLP |
| Wilmington, DE 19801 | 1918 Eighth Avenue, Suite 3300 |
| farnan@farnanlaw.com | Seattle, WA 98101 |
| bfarnan@farnanlaw.com | steve@hbsslaw.com |
| | markc@hbsslaw.com |
| | tyler@hbsslaw.com |

By:   /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1080371/39350