IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLATWORLD INTERACTIVES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Civil Action No. 12-804-LPS <br><br> **Jury Trial Demanded** |

## ~~PROPOSED~~ ORDER

Plaintiff, FlatWorld Interactives LLC, and Defendants, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, the "Parties"), request dismissal of the case as between them. The Court, having considered this request, is of the opinion that the Parties' request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that all claims between the Parties made in this case are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this 20th day of June, 2016.

_____
THE HONORABLE LEONARD P. STARK
United States District Judge